# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHERYL SCHRENK,           ) | |
|                               ) | |
|    Plaintiff,      ) | |
|                               ) | CIVIL ACTION |
| v.                ) | |
|                               ) | FILE NO. 1:21-CV-02132-JPB |
| QUIKTRIP CORPORATION and ) | |
| JOHN DOE,           ) | |
|                               ) | |
|    Defendants.        ) | |
| _____ ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, the CHERYL SCHRENK, Plaintiff, and the Defendant, QUIKTRIP CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(1), by and through counsel of record, and files this Stipulation of Dismissal With Prejudice and hereby dismiss this action with prejudice.

This 11th day of January, 2022.

                                          **JOHN FOY & ASSOCIATES**

                                          By:   */s/ Michael Johnson*
                                                 Michael Johnson
                                                 State Bar Number 679391
                                                 Attorney for Plaintiff
                                  *(By Sean L. Hynes with express permission)*

John Foy & Associates
343 Peachtree Road, NE, Ste. 350
Atlanta, GA 30326

**DOWNEY & CLEVELAND, LLP**

By: _/s/ Sean L. Hynes_
     SEAN L. HYNES
     Georgia State Bar No. 381698
     Attorneys for Defendant

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199